UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
KATHY WU,                                                    **DEFAULT JUDGMENT**

                                Plaintiff,

                                                             *Civil Action No.:*
        -against-                                            1:18-cv-09671-KPF


DEMAREST HILL WINERY, INC.,

                                Defendants.
---------------------------------------X

        NOW THEREFORE, This action having been commenced on October 22, 2018 by the

filing of the summons, civil cover sheet and complaint, and a copy of the same having been

served through the secretary of state on October 31, 2018 and the Defendant not having

answered the complaint, and the time for answering the complaint having expired, it is


        ORDERED, ADJUDGED, AND DECREED: That the Plaintiff have judgment against

the Defendant, to take all steps necessary to remediate its Website into full compliance with the

requirements set forth in the ADA and WCAG 2.0 AA guidelines, and their implementing

regulations, so that the Website is readily accessible to and usable by visually impaired

individuals.


        Further, that the Plaintiff be awarded be awarded, not less than, five hundred dollars

($500) in compensatory damages based on the Defendant's violation of the New York City

Human Rights Law and the New York State Human Rights law; the Defendant to comply with

the terms of the Final Judgment within sixty (60) days of the entry of judgment; and this

Honorable Court retain jurisdiction relating to the Plaintiff's attorneys' fees and said motion

shall be filed within ninety (90) days of entry of this Final Judgment.

Dated: August 14, 2019
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE